**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 01-60914**

_____

**SHARI LEBLANC, Individually, as Personal Representative**
**of all Wrongful Death Beneficiaries and as**
**Administratrix of the Estate of Mary Ann Pruitt,**

**Plaintiff-Appellant,**

**versus**

**JEFF HOLMES; J. D. KETCHUM; JAY THOMPSON;**
**JAMES A. SPEER; BRAD PERKINS;**
**ARKANSAS HIGHWAY & TRANSPORTATION DEPARTMENT,**

**Defendants-Appellees.**

_____

Appeal from the United States District Court
for the Northern District of Mississippi
Civil Docket #2:00-CV-147

_____

September 19, 2002

Before KING, Chief Judge, JONES and EMILIO M. GARZA, Circuit
Judges.

PER CURIAM:[*]

_____

    [*]    Pursuant to 5TH CIR. R. 47.5, the Court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

The court has carefully considered this appeal in light of the briefs, oral argument, and pertinent portions of the record. Having done so, we find no reversible error of law or fact. The judgment of the district court is **AFFIRMED**.